**Exhibit H**

**Important:**   The Public Records and commercially available data sources used on reports have errors.  Data is sometimes entered poorly, processed incorrectly and is generally not free from defect.  This system should not be relied upon as definitively accurate.  Before relying on any data this system supplies, it should be independently verified.  For Secretary of State documents, the following data is for information purposes only and is not an official record.  Certified copies may be obtained from that individual state's Department of State.  The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:**  Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:**  Fraud Prevention or Detection
**Your DMF Permissible Use:**  Legitimate Business Purpose Pursuant to a Law, Government Rule, Regulation, or Fiduciary Duty

## Comprehensive Report

**Date:** 08/14/25
**Reference Code:** 2087195-0018

**Report Legend:**

**S** - Shared Address

**D** - Deceased

✔ - Probable Current Address

**Report processed by:**
McGuireWoods, LLP
GATEWAY PLAZA
RICHMOND, VA 23219
804-775-1000 Main Phone
804-775-1061 Fax

| Subject Information | AKAs | Indicators |
|---|---|---|
| **(Best Information for Subject)** | **(Names Associated with Subject)** | |
| Name:  ALEXIS NICOLE ARIAS | ALEXIS NICOLE ARIAS | Bankruptcy: **No** |
| Date of Birth: **10/12/1992** | Age: **32**   SSN: ▮▮▮ | Property: **No** |
| Age: **32** | ALEXIS N ARIAS | Corporate Affiliations: **No** |
| SSN: ▮▮▮   issued in **California** between **12/2/1992** and **3/8/1993** | Age: **32**   SSN: ▮▮▮ | |
| View All SSN Sources | | |

**Others Associated With Subjects SSN:** 📄
(DOES NOT usually indicate any type of fraud or deception)
    [None Found]

**Address Summary:**    View All Address Variation Sources 📄

✔ 13735 HEATHERWOOD DR, CORONA, CA 92880-0715, RIVERSIDE COUNTY (Mar 2023 - Jul 2025)
2104 E FLORIDA ST APT 2, LONG BEACH, CA 90814-6903, LOS ANGELES COUNTY (Aug 2021 - Mar 2023)
3912 BROTHERTON ST, CORONA, CA 92879-1811, RIVERSIDE COUNTY (Mar 2011 - Feb 2022)
4590 MACARTHUR BLVD STE 500, NEWPORT BEACH, CA 92660-2028, ORANGE COUNTY (Apr 2019)
5137 GOLDEN AVE, RIVERSIDE, CA 92505-2501, RIVERSIDE COUNTY (Jul 2014 - Aug 2015)

**Exhibit H**